IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 17-cv-01178-CMA-CBS

BERTA ALICIA LOPEZ,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF WELD COUNTY, CO,

    Defendant.
_____

ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER is before the Court on the parties' Joint Motion for Dismissal With Prejudice (Doc. #16). The Court having reviewed the file and being fully advised in the premises, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay its own costs and attorneys' fees.

DATED July 24, 2017

                                        BY THE COURT:

                                        *signature*
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge